EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2008 TSPR 74 |
| Carlos G. Berreteaga Cruz | 174 DPR ____ |

Número del Caso: TS-8145

Fecha: 9 de mayo de 2008

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carlos G. Berreteaga Cruz                    TS-8145

RESOLUCION
(Nunc Pro Tunc)

San Juan, Puerto Rico, a 9 de mayo de 2008.

Se enmienda *nunc pro tunc* nuestra Opinión Per Curiam del 8 de febrero de 2008, que lee de la forma siguiente:

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

**Para que lea como sigue:**

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no interviene.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo